**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROBERT V. PALMER,

    Plaintiff,

vs.                                    CASE NO. 3:07-cv-294-J-16HTS

CLYDE M. COLLINS, ESQ.,

    Defendant.

**REPORT AND RECOMMENDATION**[1]

On April 12, 2007, Plaintiff filed his Complaint (Doc. #1; Complaint) and Affidavit of Indigency (Doc. #2). Having "determined the suit may be subject to dismissal[,]" Order (Doc. #4; Order), entered on April 19, 2007, at 1, the Court provided Plaintiff with an opportunity to file an amended complaint. *Id.* at 3. Mr. Palmer was cautioned that failure to do so within eleven days would "result in a recommendation that this case be dismissed for failure to prosecute." *Id.* at 3-4. Plaintiff failed to amend the Complaint, and on May 7, 2007, the Court entered an Order (Doc. #7; Order to Show Cause) directing him "to show cause within eleven

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

(11) days . . . why it should not be recommended this case be dismissed for failure to prosecute." Order to Show Cause at 1 (capitalization and emphasis omitted). As of this date, Plaintiff has not responded to either the Order or the Order to Show Cause.

### **RECOMMENDATION**

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 31st day of May, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

The Honorable John H. Moore II
Senior United States District Judge

Counsel of record
    and pro se parties, if any